UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NNEW YORK

-------------------------------------------------------------x

Marina Iskhakova, individually and on behalf of all others similarly situated,

        Plaintiff,

-v.-

Woodlake Technologies, Inc.

        Defendants.

-------------------------------------------------------------x

Civil Action No:
1:22-cv-726

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 15, 2022

| For Plaintiff Marina Iskahkova | For Defendant Woodlake Technologies, Inc. |
|---|---|
| /s/ Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | /s/ Deyuan Lin<br>Deyuan Lin<br>213 Turtle Crest Drive<br>Irvine, CA 92603<br>Ph: (626)497-6309<br>lindeyuan@yahoo.com |

So Ordered.
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 6/15/22

1